**Electronically Filed**
**Supreme Court**
**SCWC-30509**
**19-SEP-2014**
**02:26 PM**

SCWC-30509

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

THE MALULANI GROUP, LIMITED, fka MAGOON BROTHERS, LTD.,
a Hawaiʻi corporation, Respondent/Plaintiff-Appellant,

vs.

KAUPO RANCH, LTD., a Hawaiʻi corporation,
Petitioner/Defendant-Appellee,

and

HEIRS AND/OR DEVISEES OF HAMOLE AKA MARIA HAMOLE, et al.,
Respondents/Defendants-Appellees.

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NO. 30509; CIV. NO. 08-1-0501(3))

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Defendant-Appellee Kaupo Ranch, Ltd.'s

application for writ of certiorari filed on August 4, 2014, is

hereby accepted.

IT IS FURTHER ORDERED that no oral argument will be

heard in this case.  Any party may, within ten days and pursuant

to Rule 34(c) of the Hawaiʻi Rules of Appellate Procedure, move

for retention of oral argument.

DATED:  Honolulu, Hawaiʻi, September 19, 2014.

Brian R. Jenkins
for petitioner

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson